# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TASHONA JOYNER**                                                    **PETITIONER**

**v.**                          **CASE NO. 4:19-cv-00620 LPR**

**USABLE MUTUAL INSURANCE COMPANY**                    **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of December, 2020.

                                                           _____
                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE